■ JOHN J. CALLAHAN et al., Respondents, v DONALD W. WAGNER et al., Defendants, and ROBERT STANLEY, Nonparty Appellant.—In an action to enjoin the defendant Roberta Nolan from maintaining a trailer on her real property, Robert Stanley, who is not a party, appeals from an order of the Supreme Court, Orange County (Hickman, J.), dated August 29, 1989, which dismissed his motion to reargue a prior motion to vacate a judgment dated October 21, 1986, which resulted in an order of the same court dated January 24, 1989.

Ordered that the appeal is dismissed, without costs or disbursements.

It is well settled that no appeal lies from an order denying or dismissing a motion to reargue (see, Fahey v County of Nassau, 111 AD2d 214; Vicat v Jamaica Hosp. 110 AD2d 896; Alessi v County of Nassau, 100 AD2d 561). Lawrence, J. P., Harwood, Balletta and Rosenblatt, JJ., concur.